IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:15-CV-00476-D

| | |
|---|---|
| FELICIA SINGLETARY, DMD<br>　　　　　Plaintiff,<br><br>NORTH CAROLINA BOARD OF<br>DENTAL EXAMINERS;<br>　　　　　Defendant. | **ORDER TO STAY DISCOVERY<br>AND INITIAL DISCLOSURES** |

This matter is before the Court on Defendant's Motion to Stay Discovery and Initial Disclosures. Defendant's unopposed Motion to Stay should be granted until the Court determines if it has subject matter jurisdiction over this matter or, alternatively, abstains from hearing it.

Therefore, it is ordered that the Order for Discovery Plan, including the Rule 26(f) discovery conference and all requirements for initial disclosure or permitting discovery under the Federal Rules of Civil Procedure and EDNC Local Civil Rules, are stayed until the Court rules on Defendant's Motion to Dismiss.

SO ORDERED this 17 day of December, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES C. DEVER, III
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE