UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICIA SINGLETARY,<br>      Plaintiff,<br><br>    v.<br><br>NORTH CAROLINA STATE BOARD<br>OF DENTAL EXAMINERS,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-476-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** defendant's motion to dismiss the amended complaint [D.E. 14] is GRANTED and plaintiff's motion for a preliminary injunction [D.E. 17] is DISMISSED. Alternatively, if the court has jurisdiction to consider plaintiff's motion for a preliminary injunction, the motion is DENIED. Defendant's motion to dismiss the original complaint [D.E. 11] is DENIED as moot.

SO ORDERED. This 8th day of February, 2016.

**This Judgment Filed and Entered on February 8, 2016, and Copies To:**

| | |
|---|---|
| Justin G. May | (via CM/ECF Notice of Electronic Filing) |
| Carrie Elizabeth Meigs | (via CM/ECF Notice of Electronic Filing) |
| Crystal Shaw Carlisle | (via CM/ECF Notice of Electronic Filing) |
| Douglas J. Brocker | (via CM/ECF Notice of Electronic Filing) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
February 8, 2016　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　Deputy Clerk